The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> MUNIR WALJI, <br><br> Defendant. | NO. CR23-011 TL <br><br> [Proposed] <br> ORDER GRANTING UNOPPOSED MOTIONS IN LIMINE |

The United States of America filed motions *in limine* seeking orders from the court to exclude (1) mention of potential penalties if convicted, (2) exclude reference to MV1's sexual history, and (3) exclude opinion evidence from Renee Miner regarding her opinion of Walji's medical, developmental, or neurological condition.  Based on agreement of parties and good cause appearing, the Court ORDERS as follows:

/
/
/
/
/
/

ORDER GRANTING GOVERNMENT MOTIONS *IN LIMINE* - 1
*United States v. Walji*; CR23-011 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court excludes evidence, argument, or any mention of the potential penalties that could be imposed or collateral consequences that could result if Walji were found guilty.

The Court excludes evidence, argument, or any mention of MV1's sexual history.

The Court excludes opinion testimony of passenger Renee Miner about Walji demonstrating behaviors of a person on the autism spectrum or any other medical, developmental, or neurological condition.

DATED this 13th day of August, 2024.

_____
HON. TANA LIN
United States District Judge

Submitted by:

/s/ *Laura Harmon*
LAURA HARMON
Special Assistant United States Attorney

ORDER GRANTING GOVERNMENT MOTIONS *IN LIMINE* - 2
*United States v. Walji*; CR23-011 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970