The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. 2:23 – cr-00011-TL |
|---|---|
| Plaintiff, | |
| v. | **(PROPOSED)** **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTIONS *IN LIMINE*** |
| MUNIR WALJI | |
| Defendants. | Noting Date: August 12, 2024 |

The Defendant's unopposed motions *in limine* having been considered by this Court, and the Court having been fully advised, the Court now GRANTS the following agreed motions:

IT IS HEREBY ORDERED:

1) Witnesses shall not discuss anticipated testimony, evidence, or court room events with other witnesses prior to, or during, the trial.

2) Witnesses shall not make any statement or testimony that is a personal belief or opinion as to the Defendant's guilt or veracity.

DATED this 13th day of August, 2024.

*[signature]*
Tana Lin
United States District Judge

Order on Defendant's Motions *In Limine*- 1