The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        v.<br><br>MUNIR WALJI,<br><br>              Defendant. | NO. CR23-011 TL<br><br>GOVERNMENT'S WITNESS LIST |

Comes now the United States of America, by Tessa M. Gorman, United States Attorney for the Western District of Washington, Brian J. Wynne and Laura Harmon, Assistant United States Attorney and Special Assistant United States Attorney, respectively, for said District, and hereby submits the following list of witnesses it may call to testify at trial:

1. Minor Victim 1 (MV1)

2. Wendy Manumalo

3. Nicole Betson

4. Jordan Dimick

5. Mackenzie Thornquist

6. Renee Miner

Government's Witness List – 1
*United States v. Walji*, CR23-011 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

7. Alexa Morales

8. Child Forensic Interviewer Michele Stromme

9. Caryn Highley, Special Agent, Federal Bureau of Investigation

10. Walter Chartrand, retired Police Officer, Port of Seattle Police Department

11. Mark Millet, Police Officer, Port of Seattle Police Department

12. Erin Leavengood, formerly Holdeman, Police Officer, Port of Seattle Police Department

13. Amanda Bakker, Forensic Examiner, Federal Bureau of Investigation

14. Tiffany Smith, Forensic Examiner Supervisor, Federal Bureau of Investigation

DATED this 26th day of August, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

s/ Brian J. Wynne
BRIAN J. WYNNE
Assistant United States Attorney
LAURA HARMON
Special Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2268
Email: Brian.Wynne@usdoj.gov

Government's Witness List – 2
*United States v. Walji*, CR23-011 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970