The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR23-011 TL |
| Plaintiff, | |
| v. | GOVERNMENT'S EXHIBIT LIST |
| MUNIR WALJI, | |
| Defendant. | |

The United States of America, by and through Tessa M. Gorman, United States Attorney for the Western District of Washington, Laura Harmon, Special Assistant United States Attorney, and Brian J. Wynne, Assistant United States Attorney for said District, hereby submits the following list of exhibits it may seek to introduce during its case-in-chief at the upcoming trial in this matter.

The Government reserves the right to supplement, or otherwise revise, the exhibit list with additional exhibits as necessary prior to and during trial. The Government will provide the Court with a set of exhibits.

Government's Exhibit List – 1
*United States v Walji*, CR23-011 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit | Description | Offered | Admitted |
|---|---|---|---|
|  | *Flight-related Exhibits* | | |
| 1 | Photograph of MV1 | | |
| 2 | Delta Air Lines Flight #339 labeled seating diagram (partial) | | |
| 3 | Department of Licensing driver's license – Munir Walji, certified | | |
| 4 | Clothing of MV1- BULK | | |
| 5 | DNA swabs from clothing of MV1- BULK | | |
| 6 | DNA swab of Munir Walji- BULK | | |
| 7 | Photograph of Munir Walji on November 10, 2021 | | |
| 8 | Stipulation to authenticity of Delta Air Lines records and admissibility of seating diagram | | |
| 9 | Stipulation to chain of custody | | |
| 10 | Reserved | | |
| | *Video Interviews* | | |
| 11 | Child forensic interview of MV1 | | |
| 12 | Port of Seattle interview of MV1 | | |
| 13-20 | Reserved | | |
| | *Passenger Statements and Transcripts* | | |
| 21 | MV1 - transcript of statement to Port of Seattle PD | | |
| 22 | MV1 - transcript of child forensic interview | | |
| 23 | Passenger Wendi Manumalo- transcript of statement to Port of Seattle PD | | |
| 24 | Passenger Renee Miner- transcript of statement to FBI | | |
| 25 | Passenger Alexa Morales- transcript of statement to FBI | | |
| 26-30 | Reserved | | |

//
//
//

Government's Exhibit List – 2  
*United States v Walji*, CR23-011 TL

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

| Exhibit | Description | Offered | Admitted |
|---|---|---|---|
| *Flight Crew Reports, Statements, and Transcripts* | | | |
| 31 | Incident Report- Flight Attendant Nicole Betson | | |
| 32 | Flight Attendant Nicole Betson- transcript of statement to FBI | | |
| 33 | Incident Report- Flight Attendant Mackenzie Thornquist | | |
| 34 | Flight Attendant Mackenzie Thornquist- transcript of statement to FBI | | |
| 35 | Incident Report- Flight Attendant Jordan Dimick | | |
| 36 | Flight Attendant Jordan Dimick- transcript of statement to FBI | | |
| 37-40 | Reserved | | |
| | | | |
| *Delta Air Lines Records* | | | |
| 41 | Delta Air Lines Flight #339 flight records | | |
| 42-50 | Reserved | | |
| | | | |
| *Investigative Reports and Supporting Documents* | | | |
| 51 | Port of Seattle Incident Report - Officer Leavengood (née Holdeman) | | |
| 52 | Port of Seattle Incident Report - Officer Chartrand | | |
| 53 | Port of Seattle Incident Report - Officer Millet | | |
| 54 | Port of Seattle Incident Report – Detective Huston | | |
| 55 | Recorded statement of Munir Walji to Port of Seattle Police Department | | |
| 56 | FBI Reports of Investigation | | |
| 57-60 | Reserved | | |
| | | | |
| *FBI Crime Laboratory Reports and Case Files* | | | |
| 61 | Report of forensic scientist Tiffany Smith | | |
| 62 | Curriculum vitae of forensic scientist Tiffany Smith | | |
| 63 | Case file of forensic scientist Tiffany Smith | | |
| 64 | Report of forensic scientist Amanda Bakker | | |
| 65 | Curriculum vitae of forensic scientist Amanda Bakker | | |
| 66 | Case file of forensic scientist Amanda Bakker | | |
| 67-70 | Reserved | | |

//
//

Government's Exhibit List – 3
*United States v Walji*, CR23-011 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 26th day of August, 2024.

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

*s/ Brian J. Wynne*
BRIAN J. WYNNE
Assistant United States Attorney
LAURA HARMON
Special Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2268
Email: Brian.Wynne@usdoj.gov

Government's Exhibit List – 4
*United States v Walji*, CR23-011 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970