UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MUNIR WALJI,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-cr-00011-TL<br><br>MINUTE ORDER |

　　　The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

　　　The Court ALLOWS the (1) attorneys and their staff and (2) jurors in this case to bring food and drink into the courthouse for the duration of the trial, which begins on Monday, September 9, 2024, at 9:00 a.m. in Courtroom 14B and is expected to run through Friday, September 13, 2024.

　　　Dated this 27th day of August 2024.

　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　　　s/ Kadya Peter
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1