UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00011-TL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MUNIR WALJI, | |
| Defendant. | |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Defendant's initial response (Dkt. No. 151) to the Government's Supplemental Motions *in Limine* (Dkt. No. 149) inadvertently contained the name of the minor victim in this matter. Defendant later filed a redacted version of the response. Dkt. No. 152. Accordingly, the initial response (Dkt. No. 151) is SEALED.

Dated this 9th day of September 2024.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 1