UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br>MUNIR WALJI,<br><br>　　　　　　Defendant. | CASE NO. 2:23-cr-00011-TL<br><br>ORDER RE: JUROR MEALS |

The Court hereby directs the Clerk of Court to pay for meals to be provided to the jury when in deliberations in the above-entitled action.

Dated this 13th day of September 2024.

_____
Tana Lin
United States District Judge

ORDER RE: JUROR MEALS - 1