## CR23-011-TL – *UNITED STATES OF AMERICA v. MUNIR WALJI*

## Trial Witness List

| Name | Date(s) Testified |
|---|---|
| Mackenzie Thornquist | 9/10/2024 |
| Nicole Betson | 9/10/2024 |
| Jordan Dimick | 9/10/2024 |
| Minor Victim 1 (MV1) | 9/10/2024 |
| Wendy Manumalo | 9/10/2024 |
| Renee Miner | 9/10/2024 |
| Alexa Morales | 9/10/2024 |
| Emily Leavengood | 9/11/2024 |
| Amanda Bakker | 9/11/2024 |
| Michele Stromme | 9/11/2024 |
| Walter Chartrand | 9/11/2024 |
| Caryn Highley | 9/11/2024 |
| Namira Walji | 9/11/2024 |
| Robin Thomas | 9/11/2024 |
| Defendant Munir Walji | 9/11/2024 |